IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF BRUNECZ and JULIE ANN CHAPMAN, individually and on behalf of all others similarly situated, | ) | Docket No. 1:24-cv-00203-SPB |
| Plaintiff | ) | |
| v. | ) | |
| WARREN GENERAL HOSPITAL | ) | |
| Defendant | ) | |

**MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Warren General Hospital hereby moves to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim. In support of this Motion, Defendant relies on the accompanying Memorandum of Law and the Complaint. As set forth in detail in the Memorandum, the Plaintiffs lack standing and their Complaint fails to plead any legally sufficient cause of action against the Defendant and, therefore, should be dismissed.

WHEREFORE, Defendant, Warren General Hospital, requests this Court dismiss this lawsuit in its entirety with prejudice or order a more definite statement.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: /s/*Neal R. Devlin*
Neal R. Devlin, Esq.
PA 89223
ndevlin@kmgslaw.com
Aurora L. Hardin, Esq.
Philip J. Seaver-Hall, Esq.
Mason D. Bracken, Esq.
120 West Tenth Street
Erie, Pennsylvania 16501
Telephone: (814) 459-2800

Attorneys for Defendant,
Warren General Hospital

# 2528036.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF BRUNECZ and JULIE ANN CHAPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WARREN GENERAL HOSPITAL<br><br>Defendant | Docket No. 1:24-cv-00203-SPB |

**CERTIFICATE OF CONFERRAL**

Undersigned counsel has conferred with Plaintiff's counsel consistent with the Court's procedures. To date, that conferral did not result in an amendment.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/*Neal R. Devlin*

Neal R. Devlin, Esq.
PA 89223
ndevlin@kmgslaw.com
Aurora L. Hardin, Esq.
Philip J. Seaver-Hall, Esq.
Mason D. Bracken, Esq.
120 West Tenth Street
Erie, Pennsylvania 16501
Telephone: (814) 459-2800

Attorneys for Defendant,
Warren General Hospital

# 2528036.v1