**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEFF BRUNECZ and JULIE ANN CHAPMAN, Individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Docket No. 1:24-cv-00203-SPB |
| v. | ) | |
| WARREN GENERAL HOSPITAL, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO ALLOW PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT AND TIME FOR DEFENDANT TO ANSWER**

Plaintiffs, Jeff Brunecz and Julie Ann Chapman ("Plaintiffs"), and Defendant, Warren General Hospital ("Defendant"), ("Plaintiffs" and collectively with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiffs are permitted to file their First Amended Class Action Complaint, attached hereto as Exhibit 1, out of time. The Parties further stipulate and agree that Defendant shall have twenty-one (21) days to answer the First Amended Class Action Complaint, or in the alternative file a Motion to Dismiss the First Amended Complaint. The Parties hereby stipulate and agree that the First Amended Class Action Complaint, attached hereto as Exhibit 1, be entered as the operative complaint in this action.

Dated: September 12, 2024

Respectfully submitted and stipulated to by:

*/s/Patrick Howard*
SALTZ MONGELUZZI & BENDESKY P.C.
Patrick Howard (PA Atty ID #88572)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
(215) 496-8282
phoward@smbb.com

*/s/Neal Devlin*
KNOX McLAUGHLIN GORNALL
& SENNETT, P.C.
Neal R. Devlin, Esq.
PA 89223
ndevlin@kmgslaw.com

COHEN & MALAD LLP
Lynn A. Toops (*Pro Hac Vice* forthcoming)
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV (*Pro Hac Vice* forthcoming)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

STRAUSS BORRELLI PLLC
Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina C. Borrelli (*Pro Hac* Vice forthcoming)
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiffs and Proposed Class*

Aurora L. Hardin, Esq.
Philip J. Seaver-Hall, Esq.
Mason D. Bracken, Esq.
120 West Tenth Street
Erie, Pennsylvania 16501
Telephone: (814) 459-2800

*Attorneys for Defendant,*
*Warren General Hospital*