**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JEFF BRUNECZ and JULIE ANN CHAPMAN, Individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

WARREN GENERAL HOSPITAL,

Defendant.

Docket No. 1:24-cv-00203-SPB

**ORDER**

This matter came before the Court on the Parties' *Joint Stipulation to Allow Plaintiffs Leave to File First Amended Complaint and Time for Defendant to Answer*.

Being duly advised, the Court hereby **GRANTS** the relief sought in the Joint Stipulation. Plaintiffs' First Amended Class Action Complaint that was filed as Exhibit 1 of the Joint Stipulation is hereby **ENTERED** as the operative complaint in this action. Defendant shall have 21 days from the date of this Order to file an answer or, in the alternative, file its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

IT IS SO ORDERED.

Dated: September 12, 2024

Honorable District Court Judge

CC: all counsel of record.