IN THE UNITED STATES DISTICT COURT
FOR THE WESTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF BRUNECZ and JULIE ANN CHAPMAN, individually and on behalf of all others similarly situated, **Plaintiff,** | ) ) ) ) | C.A. No. 24-203 Erie |
| v. | ) ) ) | |
| WARREN GENERAL HOSPITAL, **Defendant.** | ) ) ) | District Judge Susan Paradise Baxter |

## ORDER

AND NOW, this 15th day of July, 2026,

For the reasons stated in this Court's Memorandum Opinion filed on this date, IT IS

HEREBY ORDERED that Defendant's motion to dismiss Plaintiff's amended complaint [ECF

No. 26] is GRANTED in part and DENIED in part, as follows:

1. The motion is GRANTED as to Plaintiffs' requests for injunctive relief and such requests are DISMISSED without prejudice for lack of Article III standing;

2. The motion is GRANTED as to Plaintiffs' claim of negligence *per se* and such claim is DISMISSED, without prejudice to Plaintiffs' ability to advance this theory of liability as part of their standard negligence claim.

3. The motion is DENIED in all other respects, and Plaintiffs' remaining claims shall be allowed to proceed beyond the pleading stage.

SUSAN PARADISE BAXTER
United States District Judge